FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

LIGHT TOWER RENTALS, INC.,

    Plaintiff,

v.    CIV. No. 12-1063  LH/GBW

ASTOCO OILFIELD SERVICES, LLC,

    Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Plaintiff's Motion to Strike Defendant's Answer and For Entry of Default Judgment. *Doc. 13*. The Magistrate Judge filed a Proposed Findings and Recommended Disposition concluding that Defendant's answer should be stricken and the Clerk of Court ordered to enter default against Plaintiff. *Doc. 15*. Plaintiff has not filed objections to the Magistrate Judge's Report and Recommendations.

Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Magistrate Judge's Report and Recommendations (*doc. 15*). Defendant's answer shall be stricken and the Clerk of Court shall enter default against Defendant.

_____
SENIOR UNITED STATES DISTRICT JUDGE