# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LIGHT TOWER RENTALS, INC.,

      Plaintiff,

   -vs-                                         No. Civ. 12-1063 LH/GBW

ASTOCO OILFIELD SERVICES, LLC,

      Defendant.

## AMENDED ORDER ADOPTING PROPOSED FINDINGS
## AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Plaintiff's Motion to Strike Defendant's Answer and for Entry of Default Judgment (Docket No. 13). The Magistrate Judge filed a Proposed Findings and Recommended Disposition (Docket No. 15) concluding that Defendant's Answer should be stricken and the Clerk of Court ordered to enter default against Defendant. Neither party filed objections to the Magistrate Judge's Report and Recommendations. Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I **ADOPT** the Magistrate Judge's Report and Recommendations.

**IT IS HEREBY ORDERED** that **Defendant's Answer is STRICKEN FROM THE RECORD**.

**IT IS FURTHER ORDERED** th**at the Clerk of Court ENTER DEFAULT AGAINST DEFENDANT.**

_____

**SENIOR UNITED STATES DISTRICT JUDGE**